WILLIAM M. SIMPICH
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-0226

Attorneys for Plaintiffs
REV. CHARLES MAYFIELD
REV. EDDIE OWENS, and
REV. ALONZO EMERSON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rev. Charles Mayfield, Rev. Eddie Owens, and Rev. Alonzo Emerson,<br><br>Plaintiffs,<br><br>v.<br><br>City of Oakland, Chief Wayne Tucker, Melonie Levine, Rufus Robbins, James Shum, Malvina Stephens, Lena Edmund, Doe Defendants 1-10,<br><br>Defendants. | Action No. C-07-0583<br><br>EX PARTE APPLICATION AND (PROPOSED) ORDER TO RE-SET HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

I, WILLIAM M. SIMPICH, declare:

1. I am Plaintiffs' attorney in the above-entitled acttion.

2. Defense counsel Kandis Westmore and Demetrius Shelton, who represent

Ex Parte Application to Re-Set
Hearing on Motion to Dismiss
and Case Management Conference

the City of Oakland, Chief Wayne Tucker, and Melonie Levine, have agreed to continue this matter to August 15. A copy of our correspondence is attached as Exhibit 1.

3. However, there are four pro se defendants in this matter. They have not filed any 12(b)(6) motion, but have filed a joinder with the Defendants' motion.

4. I sent them the letter that I sent to the court last week to their office (Exhibit 2), but it is my understanding that they are only at that office once a month. I have heard no response to them since I sent that letter, and I have no other way to contact them. I have to discuss with each of them the ADR process.

5. Meanwhile, the court date for both the 12(b)(6) motion and the case management conference is July 11. Because of the number of pro se defendants, the lack of ways to reach them, and the need for opposing counsel to have adequate time to prepare a reply brief (as mentioned in Exhibit 2), I request the court re-set both the 12(b)(6) motion and the case management conference to August 15.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge. Executed on July 3, 2007 in Oakland, Alameda County, California.

                         /s/
                 WILLIAM M. SIMPICH

## ORDER

The CMC and the hearing on the 12(b)(6) motion are re-set for August 15 at at 10:30 a.m. Reply brief due 7/11/07.
Dated:

HON. EDWARD CHEN

IT IS SO ORDERED MODIFIED
Judge Edward M. Chen



Bill Simpich <bsimpich@gmail.com>

# After talking to Mr. Shelton, a possible solution

**Westmore, Kandis <KAWestmore@oaklandcityattorney.org>**  Wed, Jun 27, 2007 at 4:52 PM
To: "Shelton, Demetrius" <DDShelton@oaklandcityattorney.org>, Bill Simpich <bsimpich@gmail.com>

Oh yeah the 15th.

Kandis Westmore

-----Original Message-----
From: Shelton, Demetrius
Sent: Wednesday, June 27, 2007 04:36 PM Pacific Standard Time
To: Westmore, Kandis; 'Bill Simpich'
Subject: RE: After talking to Mr. Shelton, a possible solution

Do you mean on August 15th? That is the date Bill referred to in his letter and the date of my conflict.

Demetrius D. Shelton
Deputy City Attorney
Office of the City Attorney
1 Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Tel: (510) 238-3493
Fax: (510) 238-6500

PLEASE NOTE: The information contained in this transmission is intended to be sent only to the stated recipient of the transmission and may contain information that is confidential, privileged or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that any dissemination, distribution or copying of the information contained in this transmission is prohibited. Your are further asked to notify us of the error as soon as possible at the telephone number shown above and to return any attachments to this office immediately. Thank you for your cooperation.

-----Original Message-----
From: Westmore, Kandis
Sent: Wednesday, June 27, 2007 4:35 PM
To: 'Bill Simpich'
Cc: Shelton, Demetrius
Subject: RE: After talking to Mr. Shelton, a possible solution

I won't be able to do the reply by the 9th because I will be back on Friday the 6th and I have another motion to argue in district court on the 9th.

How about I agree to appear for Demetrius at the cmc on July 25th?

Exhibit 1

**William M. Simpich**
**Attorney at Law**
**1736 Franklin Street, 10th Floor**
**Oakland, California 94612**
**Telephone: (510) 444-0226**

June 27, 2007

Hon. Edward Chen
Northern District of California
450 Golden Gate Avenue
15th Floor, Courtroom C
San Francisco, CA 94104

Re: *Mayfield v. City of Oakland*, action number C-07-0583-EMC

Dear Judge Chen,

I am the counsel for the Plaintiffs in this action. Both the Motion for Dismiss and the Case Managment Conference is scheduled for July 11. I mis-calendared the motion, thinking that July 18 was the due date. I will be filing my opposition today.

Ms. Westmore for the City has already agreed to stipulate to a new hearing date that would allow her enough time to prepare a Reply Brief. The other parties have joined in her motion, and I am in the process of asking them to agree to a new date as well.

The parties are also a little late in agreeing on the ADR process (a non-compliance notice was issued today), and I will take the laboring oar to assure that gets done.

I will be out of town and not available between July 21-August 8. As the court hearings are set for Wednesdays, I am preparing a proposed stipulation and order for the court for permission to re-set both the hearing date and the case management conference date for August 15.

Thank you very much for your consideration.

Sincerely,

William M. Simpich

cc: All opposing parties

Exhibit 2